Same case below, 391 Fed. Appx. 756.

Same case below, 429 Fed. Appx. 909.

**No. 11-6358. Dickinson Norman Adionser, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 467, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7539.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 305.

**No. 11-6370. Brandon Howard Griffin, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7574.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 418 Fed. Appx. 574.

**No. 11-6362. Shevel M. Foy, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 467, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7487.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 641 F.3d 455.

**No. 11-6371. Frank Keith Goodman, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7473.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 649 F.3d 197.

**No. 11-6368. Yvonne Marie Fountain, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7459.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 416 Fed. Appx. 304.

**No. 11-6374. Hermes Adonay Guillen, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7502.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 816.

**No. 11-6369. Juan Gonzalez, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7593.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6376. Anthony Hopson, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 305, 2011 U.S. LEXIS 7507.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.